**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:    Associated Receivables Funding, Inc. v. O'Donnell            Chapter 7
                                                                                                    Adversary Proceeding 12–01146
                                                                                                    Judge Frank J. Bailey

# NOTICE TO PARTIES OF
# INTENT TO DISPOSE OF TRIAL EXHIBITS

The Court hereby notifies you of its intent to discard the exhibits submitted by the parties at the trial in the above Adversary Proceeding held on **MARCH 12, 2014** . Neither party has requested the return of its exhibits.

**UNLESS YOU SUBMIT A REQUEST FOR RETURN OF YOUR EXHIBITS AND THE REQUEST IS RECEIVED BY THE COURT BY DECEMBER 10, 2015 AT 4:30 P.M., THE EXHIBITS WILL BE DISCARDED IRRETRIEVABLY.**

To request return of your exhibits, submit a written request to Mary E. Murray, Courtroom Deputy to the Honorable Frank J. Bailey, at the clerk's office as indicated below.

- ⦿ United States Bankruptcy Court
  John W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:11/9/15                                                                                                    By the Court,

                                                                                                                            Mary Murray
                                                                                                                            Deputy Clerk
                                                                                                                            617–748–5350

CC: